UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WESTERN METAL INDUSTRY PENSION FUND,<br>Plaintiff,<br>vs.<br>PAUL BRONG MACHINE WORKS, LLC.,<br>Defendant | NO. C25-1852RSL<br><br>ORDER |

On September 23, 2026, this Court issued an Order to Show Cause for failure to prosecute, Dkt. # 10. Plaintiff responded on October 7, 2026, indicating that the parties are currently engaged in active settlement discussions to resolve the matter, Dkt. # 11. On October 8, 2026, this Court vacated the Order to Show Cause and granted the parties 30 days to attempt settlement, and file a status report, Dkt. # 12. On November 6, 2026, the parties filed a Joint Status Report asking for one more 30-day period to attempt settlement, Dkt. # 13.

The Court shall take no action for the next 30 days to afford the parties another opportunity to attempt settlement. The parties shall file a status report no later than 30 days from the date of this order.

DATED this 9th day of November, 2026.

Robert S. Lasnik
United States District Judge